LANCE G. GREENE, SBN 164971  **JS-6**
LAW OFFICES OF LANCE G. GREENE
A PROFESSIONAL CORPORATION
1875 Century Park East, Suite 600
Century City, CA 90067
Telephone:  (310) 407-8627
Facsimile:   (310) 362-0347
E-Mail:       lgglaw@sbcglobal.net

Attorneys for Plaintiff,
TRINITY GRAND MARKETING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION-SPRING STREET COURTHOUSE

| | |
|---|---|
| TRINITY GRAND MARKETING, LLC, a Texas Limited Liability Company,<br><br>              Plaintiff,<br><br>    vs.<br><br>AT&T SERVICES, INC., a Delaware Corp., FULFILLMENT PLUS, INC., a Delaware Corp., FULFILLMENT PLUS, INC. a California Corp.<br><br>              Defendants. | Case No.: CV08-04377 VBF (FFMx)<br><br>**ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF COMPLAINT BY TRINITY GRAND MARKETING, LLC** |

Having read the Stipulation for Voluntary Dismissal of Complaint by Plaintiff TRINITY GRAND MARKETING, LLC, a Texas Limited Liability Company, Defendant AT&T Services, Inc., Defendant Fulfillment Plus, Inc. a Delaware Corporation and Defendant Fulfillment Plus, Inc. a California Corporation relating to issues surrounding subject matter jurisdiction.  Having further determined that this is

-1-

ORDER

the first and only request for voluntary dismissal by TRINITY in this case and no counterclaims or cross-claims are currently pending in this matter and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Complaint of Plaintiff TRINITY GRAND MARKETING, LLC, a Texas Limited Liability Company is hereby dismissed without prejudice.

**IT IS SO ORDERED**

Dated: October 2, 2008  _____
VALERIE BAKER FAIRBANK
JUDGE OF THE U.S. DISTRICT COURT